JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
EDWARD D. PENETAR
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
edward.penetar@usdoj.gov

*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 1901 HIGH VALLEY COURT, UNIT 103, LAS VEGAS, NV 89128 AND CERTAIN ELECTRONIC DEVICES | 2:24-mj-00929-DJA<br><br>**Motion for Limited Unsealing of Legal Process** |

COMES NOW the United States of America, by and through its attorneys, Jason Frierson, United States Attorney for the District of Nevada, and Edward D. Penetar, Assistant United States Attorney, hereby moves this Court for an Order to unseal the below matter for the limited purpose of disclosing the documents to an indicted defendant.

The underlying investigation has resulted in an indictment*: United States v. Kanen Flowers,* Case No. 24-cr-00458-ARR (E.D.N.Y.). While the extent of the investigation is not publicly known and the investigation remains ongoing, the defendant has been arrested and arraigned.  Accordingly, the Government seeks to unseal the below matter for the limited purpose of providing the documents to the defendant in discovery.

| Case Number | |
|---|---|
| 2:24-mj-00929-DJA | IN THE MATTER OF THE SEARCH OF THE PREMISES KNOWN AND DESCRIBED AS 1901 HIGH VALLEY COURT, UNIT 103, LAS VEGAS, NV 89128 AND CERTAIN ELECTRONIC DEVICES |

Limited unsealing is warranted because, among other things, the documents discuss the owner of the Subject Premises, provide her precise street address, and provide photographs of the interior and exterior of her home. The owner was not involved in the criminal conduct and her privacy interests warrant the requested limited unsealing order.

DATED this 13th day of December, 2024.

JASON M. FRIERSON
United States Attorney

/s/ *Edward D. Penetar*
EDWARD D. PENETAR
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 1901 HIGH VALLEY COURT, UNIT 103, LAS VEGAS, NV 89128 AND CERTAIN ELECTRONIC DEVICES | 2:24-mj-00929-DJA<br><br>**Order for Limited Unsealing of Legal Process** |

Based upon the Motion of the Government, and good cause appearing therefore, the Court finds good cause to unseal the below matter for the limited purpose of providing the documents in discovery. Thus, the Court orders the case number identified below and any documentation filed therein be unsealed for that limited purpose:

| Case Number | |
|---|---|
| 2:24-mj-00929-DJA | IN THE MATTER OF THE SEARCH OF THE PREMISES KNOWN AND DESCRIBED AS 1901 HIGH VALLEY COURT, UNIT 103, LAS VEGAS, NV 89128 AND CERTAIN ELECTRONIC DEVICES |

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 12/17/2024